IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IRON WORKERS' MID-AMERICA PENSION PLAN, | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| vs. | ) | NO. 26 C 6536 |
| KWCC, INC., an Illinois corporation, | ) | JUDGE ELAINE E. BUCKLO |
| Defendant. | ) | |

**MOTION FOR ENTRY OF DEFAULT AND JUDGMENT**

NOW COME Plaintiffs, , and pursuant to Federal Rule of Civil Procedure Rule 55(b), move for entry of judgment by default against Defendant, KWCC, INC., an Illinois corporation, in the total amount of $7,839.04, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $3,811.50.

On June 9, 2026, the Summons and Complaint was served on the Registered Agent (by tendering a copy of said documents to Amy Halverson,) at the Registered Office of Record in Illinois (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on June 30, 2026. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment pursuant to F.R.Civ.P. Rule 55(b).

/s/ Fiona M. Lamb

Fiona M. Lamb
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL 60606-5250
Bar No.: 6349421
Telephone: (312) 216-2571
Facsimile: (312) 236-0241
E-Mail: flamb@baumsigman.com
i:\midj\kwcc, inc\motion for entry of default and judgment.fml.df.docx

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 25th day of November 2026:

Mr. Russell Woerman, President
KWCC, Inc.
504 S Lincoln Avenue, 2nd Floor
Aurora, IL 60505-4600

Mr. Russell Woerman, President
KWCC, Inc.
111 S. Lake Street, Suite 102
Montgomery, IL 60538-1418

/s/ Fiona M. Lamb

Fiona M. Lamb
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL 60606-5250
Bar No.: 6349421
Telephone: (312) 216-2571
Facsimile: (312) 236-0241
E-Mail: flamb@baumsigman.com
i:\midj\kwcc, inc\motion for entry of default and judgment.fml.df.docx